**Megan M. Evans, OSB No. 055344**
mevans@balljanik.com
BALL JANIK LLP
101 SW Main Street, Suite 1100
Portland, OR 97204
P: (503) 228-2525
F: (503) 295-1058

*Attorneys for Plaintiff Allscripts Healthcare, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ALLSCRIPTS HEALTHCARE, LLC as Successor to ALLSCRIPTS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE CORVALLIS CLINIC, P.C., <br><br> Defendant. | Case No. <br><br> **COMPLAINT** |

**NOW COMES** the plaintiff Allscripts Healthcare, LLC ("Plaintiff"), by and through its counsel of record, and complains of the defendant Corvallis Clinic, P.C. ("Defendant") as follows:

**IDENTIFICATION OF PARTIES**

1.      Plaintiff is a North Carolina limited liability company and maintains an office and principal place of business in Raleigh, Wake County, North Carolina. Plaintiff is the successor to Allscripts, LLC. For the purposes of diversity jurisdiction, Allscripts is a wholly-owned subsidiary of Allscripts Healthcare Solutions, Inc., a Delaware corporation with an office and principal place of business in Chicago, Cooke County, Illinois.

Page 1 – COMPLAINT

BALL JANIK LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon 97204-3219
Telephone 503-228-2525

1201741

2.       Defendant is an Oregon professional corporation and maintains an office and principal place of business in Corvallis, Benton County, Oregon.

### JURISDICTION AND VENUE

3.       This Court has personal jurisdiction over Defendant.

4.       Diversity jurisdiction exists pursuant to 28 U.S.C. § 1332(a)(1). Plaintiff is a North Carolina limited liability company with a principal place of business in North Carolina and is a wholly-owned subsidiary of a Delaware corporation with its principal place of business in Illinois. Defendant is an Oregon corporation with a principal place of business in Oregon. Therefore, complete diversity exists. As explained *infra*, the amount in controversy, exclusive of interest and costs, exceeds the sum or value of $75,000.00.

5.       Venue in the District of Oregon is proper pursuant to 28 U.S.C. § 1391(b)(1), as Defendant resides in this judicial district.

6.       Plaintiff submits to the jurisdiction and venue of this Court for the purposes of this action.

### COUNT ONE
**Breach of Contract**

7.       Defendant entered into a Touchworks System Agreement with Plaintiff's predecessor-in-interest, Allscripts, LLC, on or about September 12, 2006 (the "Touchworks System Agreement").

8.       The Touchworks System Agreement provided for an initial 20-year term of services.

9.       The parties entered into four written amendments to the Touchworks System Agreement on September 3, 2009, September 29, 2009, March 24, 2011, and January 18, 2013, respectively (collectively, the "Touchworks Amendments").

///

///

Page 2 – COMPLAINT

BALL JANIK LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon  97204-3219
Telephone 503-228-2525

1201741

10. The Touchworks Amendments incorporated by reference the terms and conditions of the Touchworks System Agreement (together, the "Touchworks Agreement") and provided for an initial ten-year term of service during which service could not be canceled.

11. Between April 2008 and February 2017, Defendant entered into eleven additional agreements with Plaintiff for the provision of certain subscription and maintenance services (the "Client Order Forms").

12. Each of the Client Order Forms incorporated by reference the terms and conditions of the Touchworks Agreement.

13. Pursuant to the Touchworks Agreement and Client Order Forms, Plaintiff agreed to provide hardware, software, equipment, and licenses for the use of certain medical software, along with related software maintenance and support services for said software (the "Goods and Services"), to Defendant.

14. Pursuant to their terms, Defendant agreed to pay for the Goods and Services provided under the Touchworks Agreement within 45 days of each invoice, and further agreed to pay for the Goods and Services provided under the Client Order Forms within 30 days of each invoice.

15. Plaintiff provided services to Defendant consistent with the terms of the Touchworks Agreement and Client Order Forms.

16. Neither the Touchworks Agreement or the Client Order Forms were ever properly or effectively canceled by Defendant

17. Defendant defaulted on the Touchworks Agreement and Client Order Forms by failing to pay for the Goods and Services provided by Plaintiff thereunder.

18. Plaintiff provided Notice of Material Breach to Defendant on or about July 3, 2018 via certified mail and Defendant failed to cure its default within the time provided to do so.

///

///

Page 3 – COMPLAINT

BALL JANIK LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon  97204-3219
Telephone 503-228-2525

1201741

19.     Pursuant to the Touchworks Agreement and upon Defendant's failure to cure its default, Plaintiff is entitled to terminate the agreement and recover all past due amounts and declare any unpaid amounts owed immediately due and payable.

20.     The Touchworks Agreement provides for interest to accrue at a rate of 18% per annum on all amounts not paid within forty-five days of invoice.

21.     The Touchworks Agreement further provides for the recovery of Plaintiff's costs, expenses, and reasonable attorneys' fees, and Defendant is hereby given notice by Plaintiff of its intention to collect reasonable attorneys' fees.

22.     After default, there remains due and owing to Plaintiff a principal balance of $313,118.38 as evidenced by the Statement of Account previously attached hereto as **Exhibit A** and incorporated herein by reference.

**WHEREFORE**, Plaintiff respectfully requests that it have and recover Judgment against Defendant in the principal amount of $313,118.38, plus accrued prejudgment interest in the amount of $92,612.17 through and including July 25, 2019, prejudgment interest thereafter at a rate of 18% per annum until the date of judgment, and interest from the date of judgment until paid in full at a rate of 9% per annum pursuant to 2019 ORS § 82.010 from the date of judgment until paid in full, reasonable attorneys' fees, and costs.

DATED:  September 9, 2019.                    BALL JANIK LLP

By:  ___s/ Megan M. Evans_____

**Megan M. Evans, OSB No. 055344**
mevans@balljanik.com
101 SW Main Street, Suite 1100
Portland, OR 97204
P: (503) 228-2525
F: (503) 295-1058

Attorneys for Plaintiff

Page 4 – COMPLAINT

BALL JANIK LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon  97204-3219
Telephone 503-228-2525

| Customer Number | Customer Name | Contract Number | Invoice Type Name | Invoice Number | Billing Start Date | Billing End Date | Due Date | Outstanding Amount | Age Days | Interest (Balance due x 18% x Days Late / 365 days) |
|---|---|---|---|---|---|---|---|---|---|---|
| 10060595 | Corvallis Clinic, P.C. | US1074384 | US INV Maintenance | 4001284231 | 4/1/2017 | 3/30/2018 | 04-May-2017 | $ 29,215.06 | 812 | $ 11,703.51 |
| 10060595 | Corvallis Clinic, P.C. | US1110115 | US INV Maintenance | 4001089242 | 10/30/2016 | 10/29/2017 | 29-Nov-2016 | $ 20,140.00 | 968 | $ 9,617.46 |
| 10060595 | Corvallis Clinic, P.C. | US1110115 | US INV Maintenance | 4001513860 | 10/30/2017 | 10/29/2017 | 29-Nov-2017 | $ 22,023.65 | 603 | $ 6,552.70 |
| 10060595 | Corvallis Clinic, P.C. | US1110115 | US INV Maintenance | | 10/30/2018 | 10/29/2019 | | $ 32,854.96 | 0 | $ - |
| 10060595 | Corvallis Clinic, P.C. | US1110115 | US INV Maintenance | | 10/30/2019 | 10/29/2019 | | $ 32,854.96 | 0 | $ - |
| 10060595 | Corvallis Clinic, P.C. | US1132734 | US INV Maintenance | 4001085841 | 10/26/2016 | 10/25/2017 | 25-Nov-2016 | $ 13,810.66 | 972 | $ 6,622.25 |
| 10060595 | Corvallis Clinic, P.C. | US1138332 | US INV Maintenance | 4001173055 | 1/1/2017 | 12/31/2017 | 03-Feb-2017 | $ 797.30 | 902 | $ 354.78 |
| 10060595 | Corvallis Clinic, P.C. | US1140403 | US INV Maintenance | 4001340863 | 5/16/2017 | 5/14/2018 | 15-Jun-2017 | $ 913.38 | 770 | $ 346.98 |
| 10060595 | Corvallis Clinic, P.C. | US1142031 | US INV Maintenance | 4001380560 | 6/29/2017 | 6/27/2018 | 29-Jul-2017 | $ 610.89 | 726 | $ 218.81 |
| 10060595 | Corvallis Clinic, P.C. | US1144655 | US INV Maintenance | 4001481435 | 9/26/2017 | 9/24/2018 | 26-Oct-2017 | $ 233.14 | 637 | $ 73.28 |
| 10060595 | Corvallis Clinic, P.C. | US1149521 | US INV Maintenance | 4001241849 | | | 30-Mar-2017 | $ 3,986.66 | 847 | $ 1,665.86 |
| 10060595 | Corvallis Clinic, P.C. | US1149521 | US INV Maintenance | 4001637245 | | | 29-Mar-2018 | $ 1,657.23 | 483 | $ 395.00 |
| 10060595 | Corvallis Clinic, P.C. | US602431 | US INV Maintenance | 4001172248 | 1/1/2017 | 12/31/2017 | 03-Feb-2017 | $ 6,592.00 | 902 | $ 2,933.32 |
| 10060595 | Corvallis Clinic, P.C. | US603272 | US INV Maintenance | 4001172346 | 1/1/2017 | 12/31/2017 | 03-Feb-2017 | $ 96,808.05 | 902 | $ 43,077.85 |
| 10060595 | Corvallis Clinic, P.C. | US603647 | US INV Maintenance | 4001172116 | 1/1/2017 | 12/31/2017 | 03-Feb-2017 | $ 241.29 | 902 | $ 107.37 |
| 10060595 | Corvallis Clinic, P.C. | US603658 | US INV Maintenance | 4001172149 | 1/1/2017 | 12/31/2017 | 03-Feb-2017 | $ 67.30 | 902 | $ 29.95 |
| 10060595 | Corvallis Clinic, P.C. | US1067240 | US INV Maintenance | 4001172726 | | | 03-Feb-2017 | $ 1,236.34 | 902 | $ 550.15 |
| 10060595 | Corvallis Clinic, P.C. | US1067240 | US INV Maintenance | 4001209861 | | | 04-Mar-2017 | $ 1,846.43 | 873 | $ 795.22 |
| 10060595 | Corvallis Clinic, P.C. | US1067240 | US INV Maintenance | 4001319854 | | | 01-Jun-2017 | $ 1,846.43 | 784 | $ 714.18 |
| 10060595 | Corvallis Clinic, P.C. | US1067240 | US INV Maintenance | 4001357150 | 7/1/2017 | 7/31/2017 | 05-Jul-2017 | $ 1,846.43 | 750 | $ 683.22 |
| 10060595 | Corvallis Clinic, P.C. | US1067240 | US INV Maintenance | 4001391984 | 8/1/2017 | 8/31/2017 | 04-Aug-2017 | $ 1,885.21 | 720 | $ 669.68 |
| 10060595 | Corvallis Clinic, P.C. | US1067240 | US INV Maintenance | 4001423225 | 9/1/2017 | 9/30/2017 | 01-Sep-2017 | $ 1,885.21 | 692 | $ 643.65 |
| 10060595 | Corvallis Clinic, P.C. | US1067240 | US INV Maintenance | 4001458453 | 10/1/2017 | 10/31/2017 | 06-Oct-2017 | $ 1,885.21 | 657 | $ 611.11 |
| 10060595 | Corvallis Clinic, P.C. | US1067240 | US INV Maintenance | 4001491280 | 11/1/2017 | 11/30/2017 | 02-Nov-2017 | $ 1,885.21 | 630 | $ 586.01 |
| 10060595 | Corvallis Clinic, P.C. | US1067240 | US INV Maintenance | 4001525937 | 12/1/2017 | 12/31/2017 | 05-Dec-2017 | $ 1,885.21 | 597 | $ 555.33 |
| 10060595 | Corvallis Clinic, P.C. | US1067240 | US INV Maintenance | 4001554370 | 1/1/2018 | 1/31/2018 | 03-Jan-2018 | $ 1,885.21 | 568 | $ 528.37 |
| 10060595 | Corvallis Clinic, P.C. | US1067240 | US INV Maintenance | 4001586335 | 2/1/2018 | 2/28/2018 | 03-Feb-2018 | $ 1,885.21 | 537 | $ 499.55 |
| 10060595 | Corvallis Clinic, P.C. | US1067240 | US INV Maintenance | 4001615346 | 3/1/2018 | 3/31/2018 | 04-Mar-2018 | $ 1,885.21 | 508 | $ 472.59 |
| 10060595 | Corvallis Clinic, P.C. | US1067240 | US INV Maintenance | 4001647524 | 4/1/2018 | 4/30/2018 | 07-Apr-2018 | $ 1,885.21 | 474 | $ 440.98 |
| 10060595 | Corvallis Clinic, P.C. | US1067240 | US INV Maintenance | 4001721623 | 5/1/2018 | 5/31/2018 | 05-May-2018 | $ 1,885.21 | 446 | $ 414.94 |
| 10060595 | Corvallis Clinic, P.C. | US1067240 | US INV Maintenance | 4001751326 | 6/1/2018 | 6/30/2018 | 02-Jun-2018 | $ 1,885.21 | 418 | $ 388.91 |
| 10060595 | Corvallis Clinic, P.C. | US1067240 | US INV Maintenance | 4001784292 | 7/1/2018 | 7/31/2018 | 04-Jul-2018 | $ 1,885.21 | 386 | $ 359.16 |
| 10060595 | Corvallis Clinic, P.C. | US1067240 | US INV Maintenance | | 8/1/2018 | 8/31/2018 | | $ 1,885.21 | 0 | $ - |
| 10060595 | Corvallis Clinic, P.C. | US1067240 | US INV Maintenance | | 9/1/2018 | 9/30/2018 | | $ 1,885.21 | 0 | $ - |
| 10060595 | Corvallis Clinic, P.C. | US1067240 | US INV Maintenance | | 10/1/2018 | 10/31/2018 | | $ 1,885.21 | 0 | $ - |
| 10060595 | Corvallis Clinic, P.C. | US1067240 | US INV Maintenance | | 11/1/2018 | 11/30/2018 | | $ 1,885.21 | 0 | $ - |
| 10060595 | Corvallis Clinic, P.C. | US1067240 | US INV Maintenance | | 12/1/2018 | 12/31/2018 | | $ 1,885.21 | 0 | $ - |
| 10060595 | Corvallis Clinic, P.C. | US1067240 | US INV Maintenance | | 1/1/2019 | 1/31/2019 | | $ 1,885.21 | 0 | $ - |
| 10060595 | Corvallis Clinic, P.C. | US1067240 | US INV Maintenance | | 2/1/2019 | 2/28/2019 | | $ 1,885.21 | 0 | $ - |
| 10060595 | Corvallis Clinic, P.C. | US1067240 | US INV Maintenance | | 3/1/2019 | 3/31/2019 | | $ 1,885.21 | 0 | $ - |
| 10060595 | Corvallis Clinic, P.C. | US1067240 | US INV Maintenance | | 4/1/2019 | 4/30/2019 | | $ 1,885.21 | 0 | $ - |
| 10060595 | Corvallis Clinic, P.C. | US1067240 | US INV Maintenance | | 5/1/2019 | 5/31/2019 | | $ 1,885.21 | 0 | $ - |
| 10060595 | Corvallis Clinic, P.C. | US1067240 | US INV Maintenance | | 6/1/2019 | 6/29/2019 | | $ 2,061.60 | 0 | $ - |
| | | | | | | | Total: | $ 313,118.38 | | $ 92,612.17 |

**Exhibit A**